■ In the Matter of TYANNA C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KHALELIA C., Appellant. [688 NYS2d 372] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Hurlbutt, JJ.